# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2010

Marilyn Kelly,
Chief Justice

140629 (80)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 140629
                                      COA: 287146
                                      Macomb CC: 2006-005398-FC

STEVEN MICHAEL WACLAWSKI,
      Defendant-Appellant.

_____/

      On order of the Court, the defendant's motion to exceed the 50-page limit for his application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is DENIED. The defendant failed to provide extraordinary and compelling reasons in support of the submission of an application with 81 pages of substantive argument (including 37 pages of text numbered by Roman Numerals and incorrectly labeled a "Statement of Jurisdiction and Relief Requested"). Applications for leave to appeal must conform to MCR 7.302(1) and 7.212(B). The only exceptions to the 50-page limit provided at MCR 7.212(B) are for tables, indexes, and appendices. The Statement of Jurisdiction and Relief Requested is for a brief description of jurisdiction and the relief sought only. Arguments regarding the substantive issues are appropriately placed in the argument section of the brief only. In addition, this Court will not be considering the brief dated June 18, 2009, which the defendant filed *in propria persona* in the Court of Appeals and which is an attachment to the defendant's application in this Court, because the defendant has cited no authority for applying Admin Order 2004-6, Standard 4 to filings in this Court. The defendant shall have 14 days from the date of this order to submit an application that conforms to the court rules.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2010

Clerk

s1102